UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-102-D-1

UNITED STATES OF AMERICA

v.                                                          ORDER TO SEAL

TYREK DESMOND ANDERSON

On motion of the Defendant, Tyrek Desmond Anderson, and for good cause shown, it is

hereby ORDERED that **DE 51** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **24** day of April, 202**6**

_____
JAMES C. DEVER III
United States District Court Judge